**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MOORE                           v. TILTON                           No. 06-1782-JM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr.
                                    Attorneys
        Plaintiffs                                                  Defendants


Respondent's Application for Enlargement of Time to File Response to Petition is GRANTED.

The date by which Respondent shall file a Motion to Dismiss the Petition is extended to November 29, 2006.

The date by which Petitioner shall file an Opposition to Respondent's Motion to Dismiss is extended to January 2, 2007.

The date by which Respondent shall file an Answer to the Petition is extended to December 13, 2006.

The date by which Petitioner may file a Traverse to Respondent's Answer is extended to January 13, 2007.


DATED: October 31, 2006

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge