FILED

2007 SEP -5 PM 12: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____*CP*_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD MOORE, JR. | CASE NO. 06cv1782 JM(CAB) |
| Petitioner,<br>vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| JAMES E. TILTON, Acting Director, | |
| Respondent. | |

Having carefully considered Magistrate Judge Bencivengo's Report and Recommendation ("R & R") regarding the denial of Respondent's Motion to Dismiss, the petition for writ of habeas, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the motion to dismiss the petition for writ of habeas corpus as time-barred is denied.

**IT IS SO ORDERED.**

DATED: ____9/5____ ,2007

JEFFREY T. MILLER
United States District Judge

cc:    All parties

2006cv1782